Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMRIK GILL and HARNIT GILL, husband and wife and the marital community comprised thereof,<br><br>Plaintiffs,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a foreign insurance company; and AMERICA'S ELITE INC., a Washington corporation,<br><br>Defendants. | No. 2:18-cv-00244 RAJ<br><br>STIPULATED MOTION AND ORDER REMANDING CASE TO SUPERIOR COURT |

## STIPULATION

Plaintiffs Amrik Gill and Harnit Gill, and defendants Safeco Insurance Company of America ("Safeco") and America's Elite, Inc. ("AEI"), hereby jointly move and stipulate to an order remanding this action to the King County Superior Court, State of Washington.

STIPULATED MOTION AND ORDER
REMANDING CASE TO SUPERIOR COURT – PAGE 1
CAUSE NO. 2:18-CV-00244

2036158 / 1377.0037

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

On February 15, 2018, pursuant to 28 USC §§ 1332, 1441 and 1446, defendants jointly removed this case from the Superior Court of the State of Washington, County of King, to the United States District Court, Western District of Washington, based on diversity of citizenship and the amount in controversy exceeding $75,000. In their Joint Notice to Removal (*see* Docket at 2), defendants alleged that plaintiffs' claims against AEI were without merit, and that AEI was thus fraudulently joined in order to defeat diversity jurisdiction.

On March 1, 2018, plaintiffs filed a Motion to remand this matter back to State Court, on the basis that—*inter alia*—their Complaint asserted a valid negligence claim against AEI (*see* Docket at 16).

Neither Safeco nor AEI wish to oppose plaintiffs' Motion to Remand. As such, IT IS HEREBY STIPULATED, by and between the parties hereto through their respective attorneys, as follows:

1. Pursuant to 28 U.S.C. §§ 1447(c) and 1447(d), all further proceedings in this case are REMANDED to the Superior Court for King County in the state of Washington, without fees or costs to either party;

2. The Clerk of the Court shall send copies of this order to all counsel of record for all parties,

3. Pursuant to 28 U.S.C. § 1447(c), the Clerk of the Court shall mail a certified copy of the order of remand to the Clerk of the Court for the Superior Court for King County, Washington,

4. The Clerk of the Court shall also transmit the record herein to the Clerk of the Court for the Superior Court for King County, Washington,

STIPULATED MOTION AND ORDER
REMANDING CASE TO SUPERIOR COURT – PAGE 2
CAUSE NO. 2:18-CV-00244

2036158 / 1377.0037

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

5. The parties shall file nothing further in this matter, and instead are instructed to seek any further relief to which they believe they are entitled from the courts of the state of Washington, as may be appropriate in due course, and

6. The Clerk of the Court shall CLOSE this case.

The foregoing is so stipulated by the parties through their undersigned counsel, and presented to the Court for endorsement.

Dated this 7th day of March, 2018.

**FORSBERG & UMLAUF, P.S.**

*s/ Miles J.M. Stewart*_____
Matthew S. Adams, WSBA No. 18820
Miles J.M. Stewart, WSBA No. 46067
*Attorneys for Defendant*
*Safeco Insurance Company of America*

Dated this 7th day of March, 2018.

**PREG O'DONNELL & GILLETT**

*s/ Debra Dickerson*_____
Mark F. O'Donnell, WSBA No. 13606
Debra Dickerson, WSBA No. 20397
*Attorneys for Defendant*
*America's Elite Inc.*

Dated this 7th day of March, 2018.

**KELLER ROHRBACK, LLP**

*Ian S. Birk*_____
William C. Smart, WSBA No. 8192
Ian S. Birk, WSBA No. 31431
Kathryn M. Knudsen, WSBA No. 41075
*Attorneys for Plaintiffs*

STIPULATED MOTION AND ORDER
REMANDING CASE TO SUPERIOR COURT – PAGE 3
CAUSE NO. 2:18-CV-00244

2036158 / 1377.0037

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

# **ORDER**

THEREFORE, it is hereby ORDERED as follows:

1. Pursuant to 28 U.S.C. §§ 1447(c) and 1447(d), all further proceedings in this case are REMANDED to the Superior Court for King County in the state of Washington, without fees or costs to either party;

2. The Clerk of the Court shall send copies of this order to all counsel of record for all parties,

3. Pursuant to 28 U.S.C. § 1447(c), the Clerk of the Court shall mail a certified copy of the order of remand to the Clerk of the Court for the Superior Court for King County, Washington,

4. The Clerk of the Court shall also transmit the record herein to the Clerk of the Court for the Superior Court for King County, Washington,

5. The parties shall file nothing further in this matter, and instead are instructed to seek any further relief to which they believe they are entitled from the courts of the state of Washington, as may be appropriate in due course, and

6. The Clerk of the Court shall CLOSE this case.

DATED this 13th of March, 2018.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

STIPULATED MOTION AND ORDER
REMANDING CASE TO SUPERIOR COURT – PAGE 4
CAUSE NO. 2:18-CV-00244

2036158 / 1377.0037

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX